# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 16-1111**                                          **September Term, 2015**

FERC-ER14-2242-000
FERC-ER14-2242-001

**Filed On:** July 5, 2016

Old Dominion Electric Cooperative,

    Petitioner

    v.

Federal Energy Regulatory Commission,

    Respondent

    **BEFORE:**    Griffith, Srinivasan, and Millett, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to intervene filed by the Market Monitor for PJM, the opposition thereto, and the reply; and the motion for leave to file a surreply and the lodged surreply, it is

**ORDERED** that the motion for leave to file a surreply be granted. It is

**FURTHER ORDERED** that the motion for leave to intervene be referred to the merits panel to which this petition for review is assigned. The Market Monitor may lodge a brief as movant-intervenor. The parties and movant-intervenor are directed to address in their briefs the issues presented in the motion for leave to intervene rather than incorporate those arguments by reference.

**Per Curiam**