# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 16-1111                              September Term, 2017
FILED ON: JUNE 15, 2018

OLD DOMINION ELECTRIC COOPERATIVE,
        PETITIONER

v.

FEDERAL ENERGY REGULATORY COMMISSION,
        RESPONDENT

DUKE ENERGY CORPORATION, ET AL.,
        INTERVENORS

On Petition for Review of Orders of the
Federal Energy Regulatory Commission

Before: TATEL, GRIFFITH and MILLETT, *Circuit Judges*

### JUDGMENT

This cause came on to be heard on the petition for review of orders of the Federal Energy Regulatory Commission, the motion of Independent Market Monitor for PJM for leave to intervene, and was argued by counsel. On consideration thereof, it is, in accordance with the opinion of the court filed herein this date,

**ORDERED** that the motion for leave to intervene be denied. Independent Market Monitor is hereby accorded *amicus curiae* status in this case. It is

**FURTHER ORDERED** and **ADJUDGED** that the petition for review be denied.

#### Per Curiam

                                                        **FOR THE COURT:**
                                                        Mark J. Langer, Clerk

                            BY:          /s/

                                                         Ken Meadows
                                                       Deputy Clerk

Date: June 15, 2018

Opinion for the court filed by Circuit Judge Millett.